```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 04986
   KIMBERLY E KELLY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-2902


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/03/2008 and was not confirmed.

     The case was dismissed without confirmation 06/19/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED          1092.79           .00            .00
CAPITAL ONE                NOTICE ONLY      NOT FILED           .00            .00
CAPITAL ONE                NOTICE ONLY      NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           612.50           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED          1133.35           .00            .00
ECAST SETTLEMENT CORP      UNSECURED           607.98           .00            .00
XAVIER UNIVERSITY          UNSECURED        NOT FILED           .00            .00
UNIVERSITY OF CHICAGO HO   UNSECURED        NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE   15699.77             .00            .00
US DEPT OF HUD             CURRENT MORTG         .00            .00            .00
US DEPT OF HUD             MORTGAGE ARRE    3700.00             .00            .00
CITY OF CHICAGO WATER DE   SECURED             526.00           .00            .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY      NOT FILED           .00            .00
DEPT OF HUD                NOTICE ONLY      NOT FILED           .00            .00
DEPT OF HUD                NOTICE ONLY      NOT FILED           .00            .00
DEPT OF HUD                NOTICE ONLY      NOT FILED           .00            .00
US DEPT OF HOUSING         NOTICE ONLY      NOT FILED           .00            .00
JOSEPH WROBEL              DEBTOR ATTY        500.00                        460.00
TOM VAUGHN                 TRUSTEE                                           40.00
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 500.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    460.00
TRUSTEE COMPENSATION                               40.00
DEBTOR REFUND                                        .00
                     ---------------      ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 04986 KIMBERLY E KELLY
```

```
TOTALS                                  500.00              500.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
  Dated: 09/25/08                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE











                              PAGE   2
         CASE NO. 08 B 04986 KIMBERLY E KELLY